IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROCKY HUDDLESTON, ADC # 652500                      PLAINTIFF

v.                      5:16CV00059-JLH-JJV

PHILLIP ESAW, Lieutenant, Arkansas
Department of Correction; *et al.*                      DEFENDANTS

**ORDER**

Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service is appropriate for Defendants Phillip Esaw, Pascal, and Jordan.[2]

IT IS, THEREFORE, ORDERED that the Clerk of Court shall prepare Summons for Defendants Esaw, Pascal, and Jordan and the United States Marshal shall serve a copy of the Summons, Complaint (Doc. No. 2), and this Order on them without prepayment of fees and costs or security therefore. Service for all Defendants should be through Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612.

DATED this 29th day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

[2] Plaintiff has not provided first names for either Pascal or Jordan. Service will nonetheless be attempted, but if it is unsuccessful for want of identification Plaintiff will be required to furnish full names before it is re-attempted.