**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROCKY HUDDLESTON, ADC # 652500                                                                    PLAINTIFF

v.                                            5:16CV00059-JLH-JJV

PHILLIP ESAW, Lieutenant, Arkansas
Department of Correction; *et al.*                                                                DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court add "Stephens," a Captain at the Varner Unit, as a defendant.

2. Defendants Wendy Kelly, Jeremy Andrews, L. Malone, Moses Jackson, Randy Watson, Inman, and Stephens are DISMISSED without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 23rd day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE