**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROCKY HUDDLESTON, ADC # 652500                                              PLAINTIFF

v.                             No. 5:16CV00059-JLH-JJV

PHILLIP ESAW, Lieutenant, Arkansas
Department of Correction; *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court alter the docket to reflect that Defendant "Jordan" is appropriately Defendant "Wilson."

2. Defendants Jada Lawrence and Rory Griffin are DISMISSED without prejudice for Plaintiff's failure to state any claim upon which relief may be granted.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 25th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE