# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROCKY HUDDLESTON,                                                                                              PLAINTIFF
ADC #652500

v.                                            5:16CV00059-JLH-JJV

PHILLIP ESAW, Lieutenant,
ADC; *et al.*                                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Pascal is DISMISSED without prejudice from this action.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 15th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE