IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROCKY HUDDLESTON                                                                        PLAINTIFF
ADC #652500

v.                                            5:16CV00059-JLH-JJV

PHILLIP ESAW,
Lieutenant, ADC; *et al.*                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.   No objections have been filed.   After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendant Esaw's Motion for Summary Judgment (Doc. No. 75) is GRANTED IN PART and DENIED IN PART:

        A.      Plaintiff's claims against Defendant Esaw in his official capacity are DISMISSED with prejudice on the basis of sovereign immunity;

        B.      Plaintiff's claim against Defendant Esaw in his personal capacity regarding verbal threats are DISMISSED with prejudice on the basis of qualified immunity;

        C.      Plaintiff's state law claims against Defendant Esaw are DISMISSED with prejudice pursuant to the statute of limitations; and

        D.      The Motion is DENIED in all other respects.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 28th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE