# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROCKY HUDDLESTON                                                                  PLAINTIFF
ADC #652500

v.                                    No. 5:16CV00059-JLH-JJV

PHILLIP ESAW,
Lieutenant, ADC                                                                   DEFENDANT

## JUDGMENT

On this 10th day of December, 2018, this action came before the Court for a bench trial. The plaintiff, Rocky Huddleston, appeared in person and with his lawyers, Quenten J. Whiteside and Michael A. Thompson. The defendant, Phillip Esaw, appeared in person and with his lawyer, Christine A. Cryer. The claims against all other defendants had been dismissed before trial. After hearing all of the evidence and being fully informed on the law, the Court announced findings of fact and conclusions of law from the bench. Pursuant to those findings of fact and conclusions of law, judgment is entered in favor of Phillip Esaw on the claims of Rocky Huddleston. The complaint of Rocky Huddleston is dismissed with prejudice.

IT IS SO ORDERED this 10th day of December, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE